UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA Z. DOTON-STRACHAN, | Case No. 06cv2811-JLS (BLM) |
| Plaintiff, | **ORDER VACATING HEARING** |
| v. | |
| MICHAEL J. ASTRUE, | |
| Defendant. | |

On October 16, 2007, cross motions for summary judgment in the above matter were referred to Magistrate Judge Barbara L. Major, pursuant to 28 U.S.C. § 636(b)(1)(B) and Civil Local Rule 72.1(c)(1)(c). Doc. No. 19. Previously, a hearing on these motions had been set for October 19, 2007. Doc. No. 15. This hearing is hereby **VACATED** and, unless the Court later directs otherwise, the matter will be resolved without oral argument, pursuant to Local Rule 7.1(d)(1).

///
///
///
///
///

Questions regarding this case may be directed to the Magistrate Judge's law clerk at (619) 557-7372.

**IT IS SO ORDERED.**

DATED: October 16, 2007

                                                BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE

ALL COUNSEL