# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA Z. DOTON-STRACHAN,<br><br>                              Plaintiff,<br><br>    vs.<br><br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                              Defendant. | CASE NO. 06CV2811 JLS (BLM)<br><br>**ORDER (1) ADOPTING REPORT AND RECOMMENDATION, (2) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, (3) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, and (4) AFFIRMING DEFENDANT'S DECISION**<br><br>(Doc. Nos. 16 & 17) |

On December 29, 2006, Sylvia Z. Doton-Strachan ("plaintiff") filed this action to review the decision of the Commissioner of Social Security ("defendant") denying plaintiff's application for Social Security Disability. Specifically, defendant affirmed the ruling of Administrative Law Judge James S. Carletti that plaintiff was not "disabled" within the meaning of the Social Security Act and was not entitled to disability insurance or benefits.

On February 28, 2008, Magistrate Judge Barbara L. Major issued a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and FRCP 72(b). (Doc. No. 22.) Magistrate Judge Major recommended that this Court deny plaintiff's motion for summary judgment and grant defendant's cross-motion for summary judgment. (Id.) Plaintiff was ordered to file any written objections by March 14, 2008, but no objections were filed.

1   Pursuant to 28 U.S.C. § 636, a district judge "shall make a de novo determination of those
2  portions of the report or specified proposed findings or recommendations to which objection is
3  made." "When no timely objection is filed, the court need only satisfy itself that there is no clear
4  error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72,
5  Advisory Committee Notes (1983) (citing Campbell v. U.S. Dist. Court, 501 F.2d 196, 206 (9th
6  Cir. 1974)).

7   Having reviewed the report and recommendation in the absence of any timely objection,
8  the Court finds that Magistrate Judge Major did not commit clear error in her thorough, well-
9  reasoned analysis. Therefore, the Court **ADOPTS IN FULL** the report and recommendation. The
10 Court **GRANTS** defendant's motion for summary judgment and **DENIES** plaintiff's motion for
11 summary judgment. Pursuant to 42 U.S.C. § 405(g) and 20 C.F.R. § 405.510, the Court **ORDERS**
12 the Clerk to enter judgment affirming defendant's decision. This Order **CONCLUDES** the
13 litigation in this case.

14   IT IS SO ORDERED.

16 DATED: April 3, 2008

17   *Janis L. Sammartino*
    Honorable Janis L. Sammartino
18   United States District Judge